FILED
April 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:10-MJ-00109-GGH-3
            Plaintiff,          )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
CUONG HOANG,                    )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CUONG HOANG__, Case No. __2:10-MJ-00109-GGH-3__, Charge __21USC 841__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ __50,000.00 to be posted by 5/13/2010__

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

✔ (Other)   __. Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 21, 2010__ at __2:26 pm__.

By   /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court